1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

    Plaintiff,

-v-                                    Case Number:15-20550

NGK Insulators, Ltd.

    Defendant.

_____/


GUILTY PLEA AND SENTENCING
BEFORE THE HONORABLE GEORGE C. STEEH
UNITED STATES DISTRICT JUDGE
236 U. S. Courthouse & Federal Building
231 West Lafayette Boulevard West
Detroit, Michigan 48226
MONDAY, NOVEMBER 16TH, 2015


**APPEARANCES:**

For the Plaintiff:        KENNETH W.GAUL, Assistant United
                              States Attorney

                              MICHAEL H. PINE, Assistant United
                              States Attorney

                              U.S. DEPARTMENT OF JUSTICE
                              ANTITRUST DIVISION


For the Defendant:      MICHAEL KENDALL, ESQ.
                              McDermott Will & Emory

                              ROBERT B. BELL, ESQ.
                              Hughes Hubbards

**APPEARANCES (CONTINUING):**

                        **JENNIFER B. PATTERSON, ESQ.**
                        **Kaye Scholar**

                        **GREGORY J. WALLACE, ESQ.**
                        **Kaye Scholar**

                        **JAMES THOMAS, ESQ.**
                        **Local Counsel**

To Obtain Certified Transcript, Contact:
JOAN L. MORGAN, OFFICIAL COURT REPORTER
734 812-2672

Proceedings recorded by mechanical stenography.
Transcript produced by computer-assisted transcription.

GUILTY PLEA AND SENTENCING                                    3
MONDAY, NOVEMBER 16TH, 2015

1              Detroit, Michigan

2              Monday, November 16th, 2015

3              (At or about 2:15 p.m.)

4                          -- -- --

5              THE CLERK: Case number 15-20550, United States of

6       America versus NGK Insulators, Limited.

7              THE COURT: Good afternoon.

8              MR. GAUL: Good afternoon, your Honor.

9              Kenneth Gaul, for the United States, and with me

10      today is my colleague, Michael Pine, whom I don't believe

11      has had the honor of meeting you yet.

12             MR. PINE: Good afternoon, your Honor.

13             THE COURT: And, Mr. Thomas?

14             MR. THOMAS: Well, your Honor, I'm accompanied by

15      several lawyers who are going to speak today.

16             THE COURT: Oh, I see.

17             MR. THOMAS: I have the privilege of being local

18      counsel, and I'm probably going to sit down.

19             MR. KENDALL: Good afternoon, your Honor.

20             My name is Mike Kendall. I'm with the firm of

21      McDermott Will and Emery.

22             Also here for NGK is Robert Bell, Jennifer

23      Patterson, and Greg WALLACE.

24             THE COURT: Okay. Welcome. This is a rare occasion

25      I won't be hearing from Mr. Thomas.


UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    4
MONDAY, NOVEMBER 16TH, 2015

1          All right. If you'd like to take the podium along

2     with your corporate representative.

3          I see -- do we have the assistance of an

4     interpreter today as well?

5          MS. SOMERS: Yes.

6          THE COURT: All right, although I understand

7     you're just functioning in a backup capacity today; is that

8     right?

9          THE INTERPRETER: I would like to answer as much

10    as I can in English. However, to make sure that I

11    understand correctly I also would like to my interpreter

12    from time to time.

13         THE COURT: All right.

14         Ma'am, could you state your name for us?

15         MS. SOMERS: My name is Ayumi Somers.

16         THE COURT: And I'm going to have you take an

17    oath. If you would raise your right hand, please?

18         THE CLERK: Do you solemnly or affirm that you

19    will justly, truly, fairly and impartially act as an

20    interpreter in the case now before the Court so help you

21    God?

22         MS. SOMERS: Yes, I do.

23         THE COURT: All right. Well, the Court has been

24    presented today with a number of documents.

25         Mr. Kendall, are you going to be doing the

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                          5
MONDAY, NOVEMBER 16TH, 2015

1    lead --

2              MR. KENDALL: Mr. Bell and I will be doing it,

3    yes, your Honor.

4              THE COURT: Okay. So, I gather from these

5    documents that the corporate defendant wishes to plead

6    guilty to the charges in Counts One and Two of the

7    Information; is that right?

8              MR. KENDALL: Yes.

9              THE COURT: Okay. And would you like to, again,

10   introduce your corporate representative?

11             MR. KENDALL: Yes. This is Mr. Saji. He is

12   presently the company's chief compliance officer. He is

13   also -- was the head of the law department who oversaw the

14   internal investigation and cooperation with the United

15   States Government on this matter.

16             THE COURT: I see. Okay. Thank you.

17             Mr. Saji, we're going to have you sworn also. If

18   you would raise your right hand?

19             THE CLERK: Do you solemnly swear the testimony

20   you're about to give to the Court in the matter herein

21   pending is the truth, the whole truth, and nothing but the

22   truth so help you God?

23             MR. SAJI: Yes, I do.

24             THE COURT: All right. Could you state your name

25   for us?

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    6
MONDAY, NOVEMBER 16TH, 2015

1              MR. SAJI: My name is Nobumitsu Saji.

2              THE COURT: Mr. Saji, you hold the corporate

3       capacity with the defendant in this case as described by

4       Mr. Kendall?

5              MR. SAJI: Yes, your Honor.

6              THE COURT: And you have been given authority to

7       enter a plea in this case by the Board of Directors of the

8       defendant?

9              MR. SAJI: Yes.

10             THE COURT: All right. Can you tell me how old you

11      are, sir?

12             MR. SAJI: Fifty-seven years old now.

13             THE COURT: Okay. And you have some facility to

14      read and write the English language?

15             MR. SAJI: Yes, I do.

16             THE COURT: And, obviously, to speak it as well.

17             MR. SAJI: Yes.

18             THE COURT: You -- again, if you don't understand

19      something being said during this time here you'll have us

20      repeat and we'll do the same with you; all right?

21             MR. SAJI: Yes, your Honor.

22             THE COURT: Okay. The Court didn't enumerate all

23      of the documents that are placed before it, but will be

24      addressing them in turn.

25             Among those documents is a document called a

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                      7
MONDAY, NOVEMBER 16TH, 2015

1    Waiver of Indictment. Do you recall reading that item, sir?

2              MR. SAJI: Yes, your Honor.

3              THE COURT: Do you understand that you have an

4    absolute right to enter a not guilty plea in this case. And

5    in the event you were to do so, the case would not proceed

6    further unless and until a grand jury had the opportunity

7    to consider the case for indictment; do you understand

8    that?

9              MR. SAJI: Yes, your Honor.

10             THE COURT: Okay. You understand from your

11   discussions with counsel how a grand jury and the United

12   States operates?

13             MR. SAJI: Yes.

14             THE COURT: And so you understand that if the

15   matter were presented to the grand jury and the grand jury

16   determined not to charge the defendant with a violation the

17   case would end at that point?

18             MR. SAJI: Yes.

19             THE COURT: You have decided, however, apparently

20   to waive your right, that is, not your right, but your

21   company's right to an indictment is this case; is that

22   right?

23             MR. SAJI: Yes, your Honor.

24             THE COURT: And that decision is made I expect

25   based upon the same promises that are made to you in this

UNITED STATES OF AMERICA -V- NGK INSULATORS

1    Rule 11 Plea Agreement that's been presented to the Court;

2    is that also correct?

3              MR. SAJI: Yes.

4              THE COURT: Do you understand that the corporation

5    in this case has been charged with two violations,

6    conspiracy to restrain trade and destruction of documents

7    with the intent to obstruct an ongoing investigation; do

8    you understand that?

9              MR. SAJI: Yes, your Honor.

10             THE COURT: And you understand in relation to the

11   charge of conspiracy to restrain trade that the maximum

12   sentence for that violation is the greatest amount among

13   three potential sums in this case. First, a hundred million

14   dollars. Second, twice the pecuniary gain that the

15   conspirators realized from the crime. And thirdly, twice

16   the pecuniary loss caused to the victims of the crime by

17   the conspirators. Do you understand that the greatest among

18   those three figures would be the maximum sentence that the

19   Court could impose for the violation?

20             MR. SAJI: Yes, your Honor.

21             THE COURT: And do you understand that the charges

22   in Count Two of obstruction of justice carry a maximum fine

23   of five hundred thousand dollars as well; do you understand

24   that?

25             MR. SAJI: Yes.

GUILTY PLEA AND SENTENCING                                    9
MONDAY, NOVEMBER 16TH, 2015

1    THE COURT: Do you understand that the Court in

2    relation to both charges may consider the imposition of a

3    term of probation of at least one year, not more than five

4    years for the violations; do you understand that?

5    MR. SAJI: Yes, your Honor.

6    THE COURT: And in addition, the Court may

7    consider ordering restitution to the victims of the

8    offenses charged in both Counts One and Two; do you

9    understand that?

10    MR. SAJI: Yes.

11    THE COURT: Again, your company's decision to

12    plead guilty to these charges is based upon the mutual

13    promises set forth in the Rule 11 Plea Agreement that has

14    been presented to the Court; is that accurate?

15    MR. SAJI: Yes.

16    THE COURT: And that agreement contemplates a

17    likely sentence of 65.3 million dollars to be imposed as a

18    criminal fine in relation to these guilty pleas; do you

19    understand that?

20    MR. SAJI: Yes.

21    THE COURT: In addition, the company promises to

22    fully cooperate with the Government in its investigation of

23    the wrongdoing in this case as well as any other wrongdoing

24    that it may be aware of; do you understand that promise?

25    MR. SAJI: Yes.

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    10
MONDAY, NOVEMBER 16ᵀᴴ, 2015

1          THE COURT: And in connection with the sentence to

2     be imposed, again, if the Court accepts the Rule 11

3     Agreement in this case, the Court could be expected to

4     impose no term of probation, and no order of restitution in

5     the case; do you understand that?

6          MR. SAJI: Yes, your Honor.

7          THE COURT: The judgment of the Court, however,

8     would include a special assessment in the amount of four

9     hundred dollars for each of the two violations; do you

10    understand that?

11         MR. SAJI: Yes.

12         THE COURT: Do you understand that the Government

13    for its part also makes several promises to the company as

14    part of this agreement?

15         MR. SAJI: Yes, your Honor.

16         THE COURT: One of those promises is that the

17    Government will understand no effort to prosecute others

18    including directors, employees of the defendant for these

19    violations except for those individuals who are identified

20    in Attachment A to the Plea Agreement; do you understand

21    that?

22         MR. SAJI: Yes.

23         THE COURT: In addition, the Government agrees to

24    facilitate travel for employees and officers of the

25    corporation back and forth between the United States and

GUILTY PLEA AND SENTENCING                                    11
MONDAY, NOVEMBER 16ᵀᴴ, 2015

1    Japan; do you understand?

2                MR. SAJI: Yes.

3                THE COURT: And in addition you understand that

4    there may be action undertaken in the nature of enforcement

5    action by other agencies of the United States Government

6    that are not necessarily agreeing to a hands off approach

7    with the company in this case; do you understand that?

8                MR. SAJI: Yes, your Honor.

9                THE COURT: Okay. Mr. Gaul or Mr. Bell, are there

10   any other promises as a part of this agreement that you

11   want to make sure are covered in the colloqoy this

12   afternoon?

13               MR. GAUL: No, your Honor.

14               THE COURT: Okay. Mr. Bell?

15               MR. BELL: I believe one of the attachments to the

16   Rule 11 Plea Agreement provides for amnesty or non-

17   prosecution of certain former employees. I just wanted to

18   call that to the Court's attention and make sure that's in

19   the record.

20               THE COURT: Yes, those are listed separately from

21   the ones I've identified; right?

22               MR. GAUL: Mr. Bell is referring to Attachment B.

23               THE COURT: B, okay. Yes, then the Court does have

24   that as part of this package as well.

25               So, Mr. Saji, has anyone on behalf of the

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                        12
MONDAY, NOVEMBER 16TH, 2015

1     Government promised you, your company anything in this case

2     that is not included as a part of the Rule 11 Agreement

3     that has been signed?

4                    MR. SAJI: No, your Honor.

5                    THE COURT: And has anyone tried to force your

6     company to plead guilty to these charges by any duress or

7     mistreatment of any kind that has not been identified here?

8                    MR. SAJI: No, your Honor.

9                    THE COURT: So you believe that the company has

10    agreed to plead guilty freely and voluntarily because in

11    its judgment it is guilty of these violations?

12                   MR. SAJI: Yes, your Honor.

13                   THE COURT: Do you understand that the company has

14    an absolute right to plead not guilty in the case and to

15    have a trial instead if it wishes?

16                   MR. SAJI: Yes.

17                   THE COURT: And do you understand that by pleading

18    guilty it's giving up its right to have a trial and a whole

19    series of rights that we're going to discuss here.

20                   MR. SAJI: Yes.

21                   THE COURT: And it's giving up its right to a

22    number of legal protections that are also going to be

23    identified including the right to challenge the

24    jurisdiction of this court to even hear the case.

25                   MR. SAJI: Yes, your Honor.


UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    13
MONDAY, NOVEMBER 16TH, 2015

1          THE COURT: Do you understand that if the case

2     were to go to trial the company has a right to be

3     represented by an attorney throughout the trial and could

4     cross-examine all of the witnesses called to testify

5     against it?

6          MR. SAJI: Yes.

7          THE COURT: I'm not sure this has ever happened,

8     but I suppose the company would also have the right to have

9     the Court appoint counsel to represent it if it could not

10    afford to hire one.

11         MR. SAJI: Yes, your Honor.

12         THE COURT: Okay. Do you understand that the

13    company would be presumed innocent of these charges until

14    proven guilty by the evidence beyond a reasonable doubt?

15         MR. SAJI: Yes.

16         THE COURT: And that the company during the course

17    of the trial could have the court order witnesses into

18    court to testify for it at the trial if it wishes?

19         MR. SAJI: Yes.

20         THE COURT: You understand that in connection with

21    the Government's burden of proof at a trial that it must

22    prove each element of each charge in this case before it

23    could be found guilty of a particular charge?

24         MR. SAJI: Yes.

25         THE COURT: So in relationship to the charge,

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                        14
MONDAY, NOVEMBER 16TH, 2015

1  conspiracy to restrain trade, the company would first have

2  to prove the existence of a criminal conspiracy to in this

3  case basically fix bids; do you understand that?

4           MR. SAJI: Yes.

5           THE COURT: And then once the Government has

6  satisfied that burden to prove the conspiracy it would have

7  to also prove that your company knowingly and voluntarily

8  entered into that conspiracy; do you understand that?

9           MR. SAJI: Yes, your Honor.

10          THE COURT: And then, thirdly, the Government

11 would have to prove that the conspiracy substantially

12 affected interstate or foreign commerce in connection with

13 it; do you understand that?

14          MR. SAJI: Yes.

15          THE COURT: As it relates to the obstruction of

16 justice charge, do you understand that the Government would

17 first have to prove that the company undertook various

18 actions to destroy, conceal, or withhold evidence of the

19 conspiracy to restrain trade that we just talked about; do

20 you understand that?

21          MR. SAJI: Yes.

22          THE COURT: And, secondly, that it took action to

23 these actions to destroy, concealed or withhold evidence

24 with the intent to obstruct, influence or impede an

25 official proceeding investigating these potential anti-

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    15
MONDAY, NOVEMBER 16TH, 2015

1    trust law violations; do you understand that?

2                MR. SAJI: Yes, your Honor.

3                THE COURT: Okay.

4                MR. GAUL: Your Honor, if I may, the elements of

5    18 USC Section 1512 also include attempts which is relevant

6    to the facts of this case.

7                THE COURT: I see.

8                So that the proof need not be that the effort to

9    destroy, conceal this evidence was necessarily successful

10   as long as the jury concludes that it was undertaken with

11   that intent, that certain actions were undertaken with the

12   intent that it succeed; do you understand that?

13               MR. SAJI: Yes, your Honor.

14               THE COURT: Okay. Thank you, Mr. Gaul.

15               All right. So by pleading guilty there will be no

16   trial so your company is necessarily waiving or giving up

17   the right to require the Government to establish these

18   elements beyond a reasonable doubt; do you understand that?

19               MR. SAJI: Yes.

20               THE COURT: Okay. So understanding the likely

21   consequences of your plea of guilty and understanding the

22   rights that you're giving up on behalf of the corporation

23   to do so do you still wish to plead guilty to these

24   charges?

25               MR. SAJI: Yes, your Honor.

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                              16
MONDAY, NOVEMBER 16TH, 2015

1        THE COURT: How then do you wish to plead to the

2   charge of conspiracy to restrain trade, guilty or not

3   guilty?

4        MR. SAJI: Guilty.

5        THE COURT: And how do you wish to plead for the

6   corporation to the charges in Count Two of obstruction of

7   justice, guilty or not guilty?

8        MR. SAJI: Guilty.

9        THE COURT: Okay. And I'm going to ask that you

10  explain to the Court what the company did that leads it to

11  conclude it is guilty of these violations? I have been

12  presented with a statement that I understand you have

13  worked out, your company has worked out with counsel and

14  you intend to read that statement; is that right?

15       MR. SAJI: Yes, your Honor.

16       THE COURT: Go ahead, sir.

17       MR. SAJI: During the period from approximately

18  July, 2000, through February, 2010, except for conduct

19  relating to Nissan Motor Company, for which the period

20  began in November, 2008, NGK Insulators, which is an entity

21  organized and existing under the laws of Japan, agreed and

22  conspired to rig bids on ceramic substrates that NGK

23  directly or indirectly supplied to Toyota, GM, and Nissan

24  in the Unites States and elsewhere.

25            Certain officers and employees of NGK had

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                                17
MONDAY, NOVEMBER 16TH, 2015

1    discussions with employees of a competitor that also

2    manufactured ceramic substrates. During these meetings, NGK

3    and its competitor reached agreements to fix prices on bids

4    submitted to automobile manufacturers for ceramic

5    substrates. As a result of these meetings, NGK produced and

6    sold ceramic substrates that were subject to illegal price

7    fixing agreements between NGK and its competitor. Certain

8    of the ceramic substrates that were the subject of the

9    conspiracy were sold in the Eastern District of Michigan.

10   This conspiracy was an unreasonable restraint of interstate

11   and foreign trade and commerce.

12         NGK's supply of ceramic substrates affecting

13   Toyota, GM and Nissan in the United States and elsewhere

14   totaled approximately $250 million in sales during the

15   relevant period.

16         THE COURT: All right. Thank you. And in relation

17   to the charge of obstruction how do you think the company

18   has violated that charge?

19         MR. SAJI: Yes, your Honor.

20         Between February, 2010, and July, 2012, after

21   learning of governmental investigations of certain auto

22   parts companies, including NGK's co--conspirator as well as

23   NGK, certain high-level executives and other employees took

24   actions to destroy, conceal, or withhold evidence of the

25   anti-trust conspiracy.

GUILTY PLEA AND SENTENCING                                    18
MONDAY, NOVEMBER 16TH, 2015

1        These actions included deleting and/or attempting

2     to delete electronic files form the defendant's computer

3     systems; destroying and concealing paper files; removing

4     and replacing two high-level executives' office computers;

5     removing and concealing electronic files stores on the

6     office computer system of NGK's U.S. subsidiary in the

7     Eastern District of Michigan; attempting to destroy paper

8     files located at the office of this same subsidiary; and

9     engaging in misleading conduct and withholding information

10    about the conspiracy and certain of the obstructive acts as

11    I explained.

12            THE COURT: All right, sir.

13            Thank you.

14            Are counsel satisfied that the plea tendered

15    today is sufficient?

16            MR. GAUL: Yes, your Honor.

17            MR. KENDALL: Yes, your Honor.

18            THE COURT: All right. The Court is likewise

19    satisfied that the plea is voluntarily, knowledgeable and

20    accurate. The elements of the offense have been established

21    by the testimony received from the corporate representative

22    this afternoon.

23            The Court has been requested by the parties to

24    consider imposing sentence immediately without preparation

25    of a Presentence Investigation Report.


UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                19
MONDAY, NOVEMBER 16TH, 2015

1           Are you still making that request, Mr. Gaul?

2           MR. GAUL: Yes, your Honor.

3           MR. KENDALL: Yes, your Honor.

4           THE COURT: All right. And you both believe that

5   the Court has sufficient information to make a meaningful

6   sentencing decision in this case?

7           MR. GAUL: Yes, your Honor, with materials in the

8   Rule 11 Plea Agreement including the attachments thereto

9   which your Honor as authorized to be filed under seal, as

10  well as the explanations in the sentencing memorandum I

11  believe the Court has adequate information in order to

12  impose sentence today.

13          THE COURT: All right.

14          MR. BELL: We agree.

15          THE COURT: All right. Thank you.

16          The Court is also satisfied following its review

17  of this information, the method for calculating the

18  guideline range to be a five and the value of the

19  cooperation afforded to the Government by defendant

20  corporation that again it can meaningfully consider and

21  weigh the factors provided for in the sentencing statute in

22  order to arrive at a sentence. I have had the opportunity

23  to do that. So the Court is prepared to accept the Rule 11

24  Plea Agreement and will address the sentence in a moment.

25          Before doing that, however, I'd be happy to call

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    20
MONDAY, NOVEMBER 16TH, 2015

1    on counsel for any statements you'd like to make concerning

2    the punitive sentence to be imposed? Anybody --

3             MR. KENDALL: I believe MR. SAJI would like to

4    make a brief statement, your Honor.

5             THE COURT: All right. On behalf of the

6    corporation, MR. SAJI --

7             MR. SAJI: Yes.

8             THE COURT: I have received a printed copy of this

9    man's statement, but I'd be happy to have you read it, sir.

10            MR. SAJI: Yes, your Honor.

11            On behalf of NGK, let me state how sincerely we

12   regret the conduct that has led to this proceeding today.

13            The company has taken this matter very seriously.

14   NGK has cooperated extensively with DO's investigation and

15   will continue to do so. NGK has also sought to ensure that

16   this type of conduct does not occur again by implementing

17   an enhanced anti-trust compliance program with strict

18   controls; including incorporating U.S. standards on the

19   role of the board of directors, self-auditing such as email

20   monitoring, robust employee training, and other measures;

21   created a new position of Chief Competition Law Compliance

22   Officer to administer the compliance program; and invited

23   to Japan a former Deputy Assistant Attorney General in the

24   DO's Anti-Trust Division to lecture NGK internal board

25   members and executives on U.S. Anti-Trust law.

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                        21
MONDAY, NOVEMBER 16ᵀᴴ, 2015

1        I am the new Chief Competition Law Compliance

2   Officer, and I believe these compliance measures will deter

3   any future unlawful conduct.

4        Thank you, very much.

5        THE COURT: All right. Thank you, sir.

6        I'd be happy to call on the Government as well

7   for any comments you'd like to make. I have had the

8   opportunity to review the sentencing memorandums submitted.

9        MR. GAUL: Both of comments are set forth in the

10  sentencing memorandum. Let me just highlight a few things.

11       We are moving for a downward departure with the

12  recommended fine based upon the company's past cooperation,

13  its promises for continued cooperation, its substantial

14  assistance in pursuing other investigatory subjects that

15  are the subject of sealed Attachment B to the plea

16  agreement. And also for the structural changes that the

17  company has undertaken as well as the institution of its

18  compliance program.

19       And for all of those reasons we are seeking a

20  downward departure.

21       THE COURT: All right, sir. Thank you.

22       `    The first factor for the Court to consider in

23  determining an appropriate sentence in this case is the

24  advisory guideline range. In this case, that range has been

25  calculated based on the degree by which commerce has been

GUILTY PLEA AND SENTENCING                          22
MONDAY, NOVEMBER 16TH, 2015

1    affected by the violation.

2              In this case, the volume of commerce is the

3    starting point for that calculation. And that has been

4    agreed upon to amount to about 250 million dollars.

5              The base fine amount that is applied to that

6    figure is a number that represents 20 percent of the volume

7    or 50 million dollars.

8              There is a -- there are certain factors that

9    again have been identified in the Rule 11 Plea Agreement

10   and the sentencing memorandum indicating that the

11   culpability score is based upon the calculated score of 11

12   yielding a range of 100 million to 200 million dollars in

13   criminal fines as the advisory range.

14             There is an upward adjustment of 8.9 percent that

15   has been applied based upon the sales in the United States

16   that are not accounted for in the initial volume of

17   commerce, but are nevertheless reflective of the

18   culpability of the defendant in the case. That would raise

19   the floor for the sentence to be imposed to one hundred

20   eight point nine million dollars.

21             And to that figure the company -- the Government

22   has applied a reduction of 40 percent representing the

23   level of assistance it believes has been forthcoming and

24   will be forthcoming. So defendant as a part of its

25   cooperation in the case and also as Mr. Gaul has pointed

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    23
MONDAY, NOVEMBER 16TH, 2015

1    out reflective of the comprehensive compliance program and

2    structural changes that were referenced in his remarks.

3             The Court is satisfied from the information

4    presented that such a motion for a downward departure is

5    appropriate both in terms of the granting of the motion and

6    also in terms of the degree of the downward adjustment that

7    is sought in the case and agreed upon between the parties.

8             The Court finds as it relates to a sentence

9    adequately reflecting the seriousness of the offense, and

10   the background, characteristics of the company as the

11   offender that the proposed penalty in this case makes sense

12   both as a reflection of the seriousness of the misdeeds

13   committed but also in recognition of the deterrent affect

14   that the imposition of a fine and the amount imposed will

15   have on the defendant corporation and others who might be

16   inclined to commit similar violations as well, both general

17   and specific deterrence.

18            Those being the -- I guess the driving forces in

19   the determination of the sentence to be imposed the Court

20   finds that the proposed criminal fine is adequate and is

21   sufficient but not greater than necessary to achieve those

22   objectives.

23            Accordingly, and pursuant to the Sentencing

24   Reform Act of 1984, the Court will impose a criminal fine

25   in the amount of 65.3 million dollars to be paid within the

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    24
MONDAY, NOVEMBER 16TH, 2015

1    next couple -- within 15 days of the entry of judgment

2    should that occur this afternoon. And as it relates to the

3    possibility of a probationary sentence, the Court is

4    satisfied that there is no need to impose a probationary

5    sentence in this case for several reasons.

6              First, the question of restitution is agreed upon

7    as well between the parties, is going to be left to the

8    civil process to determine which the Court finds to be

9    superior and more effective than this -- and the

10   alternative which would be this court setting up an entire

11   process for determining and then executing restitution to

12   the various victims of the violations in this case.

13             And because that cooperation contemplated by the

14   Rule 11 Plea Agreement is still largely to be executed by

15   the defendant under the supervision of the Government it

16   would make no sense to duplicate that supervision here as

17   part of the sentencing decision with either a probationary

18   term or that order of restitution.

19             Accordingly, the Court will dispense with both.

20             The Court will, however, in relation to Count One

21   impose a special assessment in the $400, and in relation to

22   Count Two a like amount of $400 as a special assessment to

23   be paid in the case.

24             That will be also -- that money will also be due

25   within 15 days in full along with the criminal fine

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    25
MONDAY, NOVEMBER 16TH, 2015

1       imposed.

2               Is there anything else you believe the sentence

3       ought to address, Mr. Gaul?

4               MR. GAUL: No, your Honor, we believe that covered

5       everything.

6               THE COURT: Mr. Bell?

7               MR. BELL: We agree.

8               THE COURT: Okay. Well, the Court having accepted

9       the Rule 11 Agreement will not be advising the defendant of

10      an opportunity to appeal the conviction and sentence

11      imposed by the Court so I will not be doing that, but I

12      will wish you good luck, sir.

13              MR. KENDALL: Thank you, your Honor.

14              And we thank you for your flexibility with

15      scheduling it. It was a great imposition on the Court, and

16      it was very helpful.

17              THE COURT: You are welcome.

18              MR. GAUL: Thank you.

19              (Proceedings concluded, 3:00 p.m.)

20                              -- --- --

21

22

23

24

25

UNITED STATES OF AMERICA -V- NGK INSULATORS

GUILTY PLEA AND SENTENCING                                    26
MONDAY, NOVEMBER 16TH, 2015

1                          CERTIFICATE

2

3          I, JOAN L. MORGAN, Official Court Reporter for the

4      United States District Court for the Eastern District of

5      Michigan, appointed pursuant to the provisions of Title 28,

6      United States Code, Section 753, do hereby certify that the

7      foregoing proceedings were had in the within entitled and

8      number cause of the date hereinbefore set forth, and I do

9      hereby certify that the foregoing transcript has been

10     prepared by me or under my direction.

11

12                            S:/ JOAN L. MORGAN, CSR

13                            Official Court Reporter

14                            Detroit, Michigan 48226

15

16     November 25th, 2015

17

18

19

20

21

22

23

24

25

UNITED STATES OF AMERICA -V- NGK INSULATORS